IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| LOUISE DONOVAN,<br>               Plaintiff, | )<br>) Civil Action No. 05-0844<br>) |
| v. | )<br>)<br>) Judge Lancaster |
| JO ANN B. BARNHART,<br>Commissioner of Social Security,<br>               Defendant. | ) Magistrate Judge Lenihan<br>)<br>) |

**MEMORANDUM ORDER**

Plaintiff's Complaint was received by the Clerk of Court on June 20, 2005 and was referred to United States Magistrate Judge Lisa Pupo Lenihan in accordance with the Magistrate's Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation (Doc. No. 14) filed on May 26, 2006, recommended that the Motion for Summary Judgment filed by Plaintiff be denied and the Motion for Summary Judgment filed by Defendant be granted. Service was made on all counsel of record. The parties were informed that in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1)(B) and (C), and Rule 72.1.4(B) of the Local Rules for Magistrates, that they had ten (10) days to file any objections. No objections have been filed. After review of the pleadings and the documents in the case, together with the Report and Recommendation, the following Order is entered:

**AND NOW**, this _19TH_ day of _JUNE_, 2006;

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary

Judgment is denied and Defendant's Motion for Summary Judgment is granted.

**IT IS FURTHER ORDERED** that the Report and Recommendation (Doc. No. 14) of Magistrate Judge Lenihan, dated May 26, 2006, is adopted as the Opinion of the Court.

/Gary L. Lancaster
United States District Judge

cc: Lisa Pupo Lenihan
United States Magistrate Judge

Karl E. Osterhout
1789 South Braddock Avenue
Suite 570
Pittsburgh, PA 15218

Paul Kovac
United States Attorneys Office
700 Grant Street
Suite 4000
Pittsburgh, PA 15219